

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00099-CR

THOMAS RAY MAHON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2021F00105

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

A Cass County jury convicted Thomas Ray Mahon of aggravated assault with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(a)(2) (Supp.). In accordance with the jury's assessment, the trial court sentenced Mahon to twenty years' imprisonment and ordered him to pay a $3,000.00 fine. Mahon appeals.[1]

On appeal, Mahon argues that he was egregiously harmed by the portions of the trial court's jury charge related to the deadly weapon issue. We addressed this issue in detail in our opinion of this date in cause number 06-22-00097-CR. For the reasons stated therein, we likewise conclude that Mahon was not egregiously harmed by any alleged jury-charge error in this cause.

We affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:     July 5, 2023
Date Decided:     July 6, 2023

Do Not Publish

---

[1]In companion causes 06-22-00096-CR, 06-22-00097-CR, and 06-22-00098-CR, Mahon appeals his convictions for family violence assault by occlusion causing bodily injury, aggravated sexual assault, and aggravated assault.